UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M&I BANK FSB d/b/a M&I HOME LENDING SOLUTIONS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:07CV1743 CDP ) |
| FIRST NATIONAL MORTGAGE SOURCES, LLC., et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

For reasons stated in plaintiff's May 6, 2008 response to this Court's earlier order,

**IT IS HEREBY ORDERED** that this case is stayed as to defendant First National Mortgage Sources, LLC, because of the automatic bankruptcy stay, but the case will proceed as to all other defendants.

**IT IS FURTHER ORDERED** that newly-added defendants First National Bank, Bank Mortgage Solutions, and Mortgage Sources Corp. shall file answers to plaintiff's first amended complaint no later than **May 23, 2008**.

**IT IS FURTHER ORDERED** that plaintiff shall file a proposed revised scheduling plan no later than **May 30, 2008**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of May, 2008.